

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00170-CV

ANDREA FELIX, Appellant

V.

VILLAGES OF COPPERFIELD, Appellee

Appeal from the County Civil Court at Law No. 3 of Harris County. (Tr. Ct. No. 1058337).

**TO THE COUNTY CIVIL COURT AT LAW NO. 3 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 23rd day of June 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> Appellant, Andrea Felix, has neither established indigence nor paid, or made arrangements to pay, all the required fees. Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.
>
> The Court **orders** that the appellant, Andrea Felix, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 23, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Bland, and Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

September 4, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

